IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY ROSS, ET AL., | ) |
| Plaintiffs, | ) Case No. 3:22-cv-00830 |
| v. | ) JUDGE RICHARDSON |
| NISSAN OF NORTH AMERICA, INC., ET AL., | ) |
| Defendants. | ) |

## ORDER

On October 9, 2025, the parties filed a "Joint Stipulation of Dismissal" (Doc. No. 69) ("Stipulation"). The Stipulation is filed pursuant to Rule 41(a)(1)(A)(ii), which authorizes parties to file a self-effectuating stipulation of dismissal, provided that it is signed on behalf of all parties.

The Stipulation was signed by counsel for all parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), therefore, the Stipulation sufficed to dismiss the case in full with prejudice as to the named Plaintiffs but without prejudice to the putative class, without any action on the part of the Court. Accordingly, the Court acknowledges that this case has been **DISMISSED** in full—effective as of the time of the filing of the Stipulation—with prejudice as to the named Plaintiffs but without prejudice to the putative class.

The Clerk of the Court is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE